UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. 12-1642          Caption: Bowman Coal Co. et al. v. Director, OWCP, et al.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Bowman Coal Co. and American Business & Mercantile Reassurance Co.
(name of party/amicus)

who is ____petitioners____, makes the following disclosure:
        (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☑ YES ☐ NO

2. Does party/amicus have any parent corporations?  ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   American Business & Mercantile Reassurance Company is a wholly-owned subsidiary of The Old Republic International Corp.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☑ YES ☐ NO
   If yes, identify all such owners:

   Old Republic International Corp. is a publicly held entity, traded on the New York Stock Exchange as OR.

- 1 -

- 2 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
   If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
   If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
   If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
**************************

I certify that on ___May 21, 2012___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

___s/Laura Metcoff Klaus___                               ___May 21, 2012___
(signature)                                                                    (date)

- 2 -

11/17/2011
SCC